UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL LINDSEY GAMBUZZA,
CHRISTOPHER SCOTT DRESCHER,

    Plaintiffs,

v.                        Case No. 8:09-cv-1891-T-17TBM

CAPTAIN ACKLES, et al.,

    Defendants.

_____

## ORDER

Katherine Earle Yanes', James E. Felman's, and Kynes, Markman & Felman, P.A.'s request for appointment as pro bono counsel on behalf of the Plaintiffs in this matter is granted. (Doc. No. 6).

ORDERED at Tampa, Florida, on October 28th, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Counsel of Record
Pro se Plaintiffs